**Electronically Filed
Supreme Court
SCPR-18-0000013
06-FEB-2018
12:09 PM**

SCPR-18-0000013

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

IN RE DAVID K. KUWAHARA, Petitioner.

ORIGINAL PROCEEDING

ORDER GRANTING PETITION TO RESIGN AND SURRENDER LICENSE
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of Petitioner David K. Kuwahara's petition to resign and surrender his license to practice law in the State of Hawaiʻi, filed pursuant to Rule 1.10 of the Rules of the Supreme Court of the State of Hawaiʻi (RSCH), and of the affidavits and exhibits in support thereof, we conclude Petitioner Kuwahara has fully complied with the requirements of RSCH Rule 1.10.  Therefore,

IT IS HEREBY ORDERED that the petition is granted.

IT IS FURTHER ORDERED, pursuant to RSCH Rule 1.10(g), that the Petitioner shall comply with the notice, affidavit, and record requirements of RSCH Rules 2.16(a), (b), (d), and (g).

IT IS FINALLY ORDERED that the Clerk shall remove the name of Petitioner David K. Kuwahara, attorney number 3841, from the roll of attorneys of the State of Hawaiʻi, effective with the filing of this order.

DATED:  Honolulu, Hawaiʻi, February 6, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

